UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 15  P 12: 08

US DISTRICT COURT
HARTFORD CT

VLADIMIR GRIGOUS,
    Petitioner

Docket 3:02cv1440(CFD)

v.

JOHN ASHCROFT
    Respondent

October 14, 2003

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for **Petitioner** in this matter. The purpose of this appearance is to replace current counsel-of-record, Michael G. Moore. All further communication should be directed to me at my office address listed below.

Roberto T. Lucheme
41 Hebron Avenue
Glastonbury, Ct 06033
860/633-1962

CT 09911