UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS,
    Petitioner,

v.

                              Civil Action No. 3:02CV1440CFD)

JOHN ASHCROFT, Attorney General
of the United States,
    Respondent.

## ORDER

A hearing on pending motions has been scheduled for January 29, 2004 at 10:00 a.m.

The Clerk is directed to arrange for the services of a Russian interpreter at the hearing and to pay for such services.

SO ORDERED this _12th_ day of January 2004, at Hartford, Connecticut.

                                            CHRISTOPHER F. DRONEY
                                            UNITED STATES DISTRICT JUDGE