UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 20 P 1: 32

U.S. DISTRICT COURT
HARTFORD, CT.

VLADIMIR GRIGOUS,    Docket 3:02cv1440(CFD)
    Petitioner

v.

JOHN ASHCROFT,
    Respondent    January 16, 2004

## MOTION TO WITHDRAW

The undersigned, co-counsel for the Petitioner in this matter hereby moves to withdraw as counsel. The reasons for this motion are that Petitioner is currently represented by Attorney Roberto Lucheme. In addition, because counsel for Respondent has entered pleadings questioning my conduct in Petitioner's non-appearance before the administrative tribunal, impartial representation of Petitioner will be achieved by the granting of such motion.

Michael G. Moore
107 Oak Street
Hartford, CT 06106
Ct#11961
413/747-9331

## Certificate of Service

I hereby certify that I have sent a copy of this motion, U.S. mail, postage pre-paid on January 16, 2004 to the following:

Carolyn Ikari, Esq.
AUSA
450 Main Street
Hartford, CT 06103

Roberto Tschudin Lucheme, Esq.
41 Hebron Avenue
Glastonbury, Ct 06033

Michael G. Moore