UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 20 P 1: 32

VLADIMIR GRIGOUS,                           Docket 3:02cv1440(CFD)
              Petitioner

      v.

JOHN ASHCROFT,
              Respondent                              January 16, 2004

## MOTION TO WITHDRAW

The undersigned, co-counsel for the Petitioner in this matter hereby

moves to withdraw as counsel. The reasons for this motion are that

Petitioner is currently represented by Attorney Roberto Lucheme. In

addition, because counsel for Respondent has entered pleadings questioning

my conduct in Petitioner's non-appearance before the administrative

tribunal, impartial representation of Petitioner will be achieved by the

granting of such motion.

Michael G. Moore
107 Oak Street
Hartford, CT 06106
Ct#11961
413/747-9331

DENIED AS MOOT, without prejudice to renewal, in light of the Court's ruling on the petitioner's motion for change of venue to the United States District Court of Massachusetts. So ordered.

Christopher F. Droney
United States District Judge
01/27/04