UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS,    Docket No. 3:02cv1440(CFD)
          Petitioner

v.

JOHN ASHCROFT,
          Respondent      September 22, 2003

Motion for Change of Venue

As Petitioner no longer lives in the district of Connecticut, he moves the court to transfer his case in accordance with the statutory provisions cited in the Memorandum attached hereto.

Michael G. Moore
107 Oak Street
Hartford, Ct 06106
413/747-9331
Ct#11961

GRANTED by agreement of the parties. This case is transferred to the United States District Court of Massachusetts. The stay of removal shall continue. So ordered.

Christopher F. Droney
United States District Judge
01/29/04