UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VLADIMIR GRIGOUS, | : | |
| | : | |
| Petitioner, | : | CIVIL NO. 3:02CV1440(CFD) |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, ATTORNEY | : | |
| GENERAL, UNITED STATES OF | : | |
| AMERICA, | : | |
| | : | |
| Respondent. | : | OCTOBER 23, 2003 |

**RESPONDENT'S OPPOSITION
TO PETITIONER'S MOTION FOR DECISION (Doc. #16) AND
MOTION FOR ORDER DIRECTING PETITIONER TO OBTAIN INTERPRETER**

Mr. Grigous, the petitioner in this immigration matter, has apparently retained new counsel, but this does not solve the problems presented by Mr. Grigous' having been represented by now-disbarred attorney Michael Moore at both the administrative and district court levels. The Government respectfully submits this brief memorandum to list the many questions that must be addressed before this case can properly proceed on the merits.

Background

This is a habeas action brought by a non-criminal alien, not currently in the Government's physical custody, who is seeking relief from a final order of deportation. Petitioner's order of deportation is due, at least in part, to his and Mr. Moore's failure to appear for a Boston hearing in the underlying administrative proceedings. Because the same attorney, Mr. Moore, represented Petitioner then and represents him now in this petition, a potential conflict is presented. The Government was granted a hearing to obtain a legally adequate waiver of any

[handwritten margin notes: "Denied as moot. So ordered. /s/ 1/29/04"]