UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS, Petitioner.

vs.

CIVIL ACTION NO.
3:02 CV 1440 (CFD)

JOHN ASHCROFT, ATTORNEY
GENERAL, UNITED STATES OF
AMERICA, Respondent

NOVEMBER 4, 2003

PETITIONER'S MOTION FOR SANCTIONS
and
OPPOSITION TO RESPONDENT'S MOTION FOR TRANSLATOR
and
REPLY TO RESPONDENT'S OPPOSITION TO
PETITIONER'S MOTION FOR DECISION

In an obvious effort to "poison the well," the Government, through Assistant U.S. Attorney Carolyn Ikari, in a Memorandum and Motion dated October 24, 2003, states as a fact that that undersigned counsel (Lucheme) attended the hearing held regarding this matter at the United States District Court in Hartford, Connecticut on October 2, 2003.

> Undersigned counsel notes that [Attorney Lucheme] was in the courtroom for the last hearing, apparently at Mr. Moore's invitation.
>
> Attorney Ikari, Respondent's Opposition, p. 3, October 23, 2003

Though, even if true, such presence would be irrelevant, the fact of the matter is that on October 2, 2003, undersigned counsel was actually at the United States Court of Appeals for the Second Circuit, which, in case the Government needs directions, is located in the

DENIED AS MOOT, without prejudice to renewal, in light of the Court's ruling on the petitioner's motion for change of venue to the United States District Court of Massachusetts. So ordered.

Christopher F. Droney
United States District Judge
01/29/04