TOTAL TIME: ____ hours ____ minutes

DEPUTY CLERK _Devo_  HONORABLE _Droney_ _November (October 17, 2001)_  RPTR/ERO/TAPE _Marshall_

DATE _1-29-04_   START TIME _10:40_   END TIME _11:20_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Grigous_

vs.

_Ashcroft_

CIVIL NO. _3:02CV1440 CFD_

§
§   _Elkari_
§        Plaintiffs Counsel
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§   _Lucheme_
         Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (conmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

_asmoot_

| | | | | | |
|---|---|---|---|---|---|
| ☒ #24 | Motion _to withdraw_ | ☐ granted | ☒ denied | ☐ advisement |
| ☒ #11 | Motion _to change venue_ | ☐ granted | ☒ denied | ☐ advisement |
| ☒ #16 | Motion _to decide this case of merits_ | ☐ granted | ☐ denied | ☐ advisement |
| ☒ #19 | Motion _for sanctions_ | ☐ granted | ☒ denied | ☐ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | |
|---|---|---|
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |
| ☐ | ☐ filed | ☐ docketed |

_____ Hearing continued until _____ at _____